**SUBT**
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          christine.parvan@akerman.com

*Attorneys for Plaintiff,*
*Nationstar Mortgage, LLC*

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                              Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; WHITE HORSE ESTATES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No.: 2:15-cv-00218-KJD-NJK<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY** |

The undersigned parties stipulate and agree to substitute U.S. Bank, National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-F (**U.S. Bank**) as plaintiff in place of Nationstar Mortgage, LLC (**Nationstar**).

This is a quiet title action concerning a residential property.  The former homeowner, Tricia Thoen, allegedly failed to pay her Homeowner Association (**HOA**) assessments.  Accordingly, the HOA foreclosed.  Defendant SFR Investments Pool 1, LLC purchased the property at the HOA foreclosure sale.  Plaintiff claims its interest is superior, and requests to be substituted as plaintiff in this suit seeking to quiet title in its name.

{35389455;2}

U.S. Bank is the holder of the beneficial interest in the senior Deed of Trust.  Accordingly, the parties stipulate and agree as follows:

1.     U.S. Bank should be substituted into this case in place of Nationstar.

2.     Nationstar is dismissed, without prejudice, and its name shall be removed from the caption and replaced with U.S. Bank.

| | |
|---|---|
| **ALESSI & KOENIG, LLC**<br><br>Dated this 17th day of August, 2015.<br><br>/s/ Vanessa S. Goulet, Esq.<br>Vanessa S. Goulet, Esq.<br>Nevada Bar No. 13688<br>ALESSI & KOENIG, LLC<br>9500 West Flamingo Road, Suite 205<br>Las Vegas, Nevada  89147<br>Phone: (702) 222-4033<br>Fax: (702) 222-4043<br>vanessa@alessikoenig.com<br><br>*Attorneys for Defendant,*<br>*Whitehorse Estates Homeowners Association* | **HOWARD KIM & ASSOCIATES**<br><br>Dated this 17th  day of August, 2015.<br><br>/s/ Diana S. Cline, Esq.<br>Howard C. Kim, Esq.<br>Nevada Bar No. 10386<br>Diana S. Cline, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>HOWARD KIM & ASSOCIATES<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, NV 89014<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>howard@hkimlaw.com<br>diana@hkimlaw.com<br>jackie@hkimlaw.com<br><br>*Attorneys for Defendant,*<br>*SFR Investments Pool I, LLC* |
| **AKERMAN LLP**<br><br>Dated this 17th day of August, 2015.<br><br>/s/ Christine M. Parvan, Esq.<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Christine M. Parvan, Esq.<br>Nevada Bar No. 10711<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:     (702) 634-5000<br>Facsimile:     (702) 380-8572<br>Email:  ariel.stern@akerman.com<br>Email:  christine.parvan@akerman.com<br><br>*Attorneys for Plaintiff,*<br>*Nationstar Mortgage, LLC* | |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered as follows:

IT IS HEREBY ORDERED plaintiff U.S. Bank, National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-F, is substituted into this case in place of Nationstar Mortgage, LLC.

IT IS HEREBY FURTHER ORDERED THAT each party shall bear their own fees and costs.

DATED this __27TH__ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**AKERMAN LLP**

/s/ Christine M. Parvan, Esq.
Ariel E. Stern, ESQ.
Nevada Bar No. 8276
Christine M. Parvan, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

Attorneys for Plaintiff
Nationstar Mortgage, LLC

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572