# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | Case No. 2:15-cv-00218-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| SFR INVESTMENTS POOL I, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction. Docket No. 37. Defendant SFR has submitted a declaration attesting to the citizenship of it and its owning entities/persons, showing that such citizenship is Canadian and South African. Docket No. 43. In light of that filing, the undersigned is satisfied that there is complete diversity in this case and **DISCHARGES** the order to show cause with respect to jurisdiction.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge