# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | |
|     Counter-claimant/Cross-claimant, | Case No. 2:15-CV-00218-KJD-NJK |
| v. | **ORDER** |
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTTE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, *et al*., | |
| Counter-defendants/Cross-defendants. | |

    Presently before the Court are SFR INVESTMENT POOL 1, LLC's Motions for Entry of Clerk's Default (#30/31). Counter-defendant/cross-defendant MAT Holdings, LLC was served in accordance with Federal Rule of Civil Procedure ("Rule") 4(h)(1)(B) on or about August 20, 2015. Therefore, its answer or other response was due no later than September 9, 2015. Counter-defendant/cross-defendant MAT Holdings has neither appeared nor made any filing of record in this action. Counter-defendant/cross-defendant Meridias Capital, Inc. was served in accordance with Federal Rule of Civil Procedure ("Rule") 4(h)(1)(B) on or about July 7, 2015. Therefore, its answer or other response was due no later than July 27, 2015. Counter-defendant/cross-defendant Meridias Capital has neither appeared nor made any filing of record in this action.

1  Accordingly, IT IS HEREBY ORDERED that the motions for entry of clerk's default
2 (#30/31) are **GRANTED**;
3  IT IS FURTHER ORDERED that the Clerk of the Court shall enter default as to Meridias
4 Capital, Inc. and MAT Holdings, LLC;
5  IT IS FURTHER ORDERED that Counter-claimant/Cross-claimant is hereby ordered to file
6 its motion for default judgment within thirty (30) days of the entry of this order.
7 **IT IS SO ORDERED.**
8  DATED this 16th day of November 2016.

_____
Kent J. Dawson
United States District Judge