LEACH JOHNSON SONG & GRUCHOW
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant White Horse Estates Homeowners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-00218-KJD-NJK |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; WHITE HORSE ESTATES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Defendant White Horse Estates Homeowners Association consents to the substitution of Leach Johnson Song & Gruchow in the place and stead of Alessi & Koenig, LLC.

DATED this 6th day of February, 2017.

LEACH JOHNSON SONG & GRUCHOW

By: _____
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Phone: (702) 538-9074
*Attorneys for Defendant White Horse Estates*

I hereby agree to the substitution of Leach Johnson Song & Gruchow, as my attorney of record, in place of Alessi & Koenig, LLC, in the above entitled action.

Dated this ____ day of September, 2016.

WHITE HORSE ESTATES HOA

I hereby agree to the substitution of attorney, Leach Johnson Song & Gruchow as the attorney of record for Defendant, White Horse Estates Homeowners Association, in the above-captioned matter.

Dated this 17th day of ~~September,~~ 2016.

ALESSI & KOENIG

_____
Steven T. Loizzi, Jr, Esq.
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147-57-21
Telephone : (702) 222-4033

I hereby agree to be substituted in the place of attorney, Alessi & Koenig as the attorney of record for Defendant White Horse Estates Homeowners Association, in the above-captioned matter.

Dated this 6th day of February, 2017 ~~day of September, 2016.~~

LEACH JOHNSON SONG & GRUCHOW

By: _____
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Phone: (702) 538-9074
*Attorneys for Defendant White Horse Estates Homeowners Association*

I hereby agree to the substitution of Leach Johnson Song & Gruchow, as my attorney of record, in place of Alessi & Koenig, LLC, in the above entitled action.

Dated this ____ day of September, 2016.

WHITE HORSE ESTATES HOA

_____
Name: Krista Gilmore
Title: Community Manager

I hereby agree to the substitution of attorney, Leach Johnson Song & Gruchow as the attorney of record for Defendant, White Horse Estates Homeowners Association, in the above-captioned matter.

Dated this ____ day of September, 2016.

ALESSI & KOENIG

_____
Steven T. Loizzi, Jr, Esq.
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147-57-21
Telephone : (702) 222-4033

I hereby agree to be substituted in the place of attorney, Alessi & Koenig as the attorney of record for Defendant White Horse Estates Homeowners Association, in the above-captioned matter.

Dated this ____ day of September, 2016.

LEACH JOHNSON SONG & GRUCHOW

By: _____
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Phone: (702) 538-9074
*Attorneys for Defendant White Horse Estates Homeowners Association*

IT IS SO ORDERED.
Dated: February 7, 2017

_____
United States Magistrate Judge